# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1844
LT Case No. 2017-10725-FMDL

_____

ANTHONY PAITARIS,

    Appellant,

    v.

HANNAH DELEE,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Matthew M. Foxman, Judge.

Jerry M. Warren, of Warren & Skaggs, PLLC, Orlando, for
Appellant.

John N. Bogdanoff, of The Carlyle Appellate Law Firm, Orlando,
for Appellee.


July 30, 2024

PER CURIAM.

    AFFIRMED.


SOUD, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____